UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 23-7378-DMG (AJRx) | Date | November 12, 2025 |
|---|---|---|---|
| Title | *Theresa Brooke v. Tsay JBR LLC* | Page | **1** of **1** |

Present: The Honorable  **DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE**

| DEREK DAVIS | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED AS MOOT**

  The sole remaining claim in this action is an Unruh Act claim for statutory damages. On October 5, 2025, Plaintiff's attorney filed a Statement of Death of Plaintiff. [Doc. # 64.] On November 10, 2025, Defendant filed a Request for Court to Set Order to Show Cause why the case should not be dismissed on grounds that Plaintiff's claims are now extinguished. [Doc. # 65.]

  Plaintiff's counsel is hereby **ORDERED TO SHOW CAUSE** in writing why this action should not be dismissed as moot. Plaintiff's counsel shall file a response by **November 13, 2025**. Failure to timely file a satisfactory response will result in the dismissal of this action with prejudice.

**IT IS SO ORDERED.**